A. B. TREDWAY v. L. E. RICKARD and Another.[1]

April 27, 1896.

Nos. 10072—(317).

**Verdict Sustained.**

*Held*, that the evidence justified the verdict.

Appeal by plaintiff from an order of the district court for Chippewa county, Powers, J., denying a motion for a new trial. · Affirmed.

*C. A. Fosnes*, for appellant.
*Oluf Gjerset*, for respondents.

MITCHELL, J. The only question in this case is whether the evidence justified the verdict of the jury to the effect that the note in suit was usurious. On this point there was a sharp conflict between the testimony of the plaintiff and that of the principal defendant, Rickard; and, as the jury were at liberty to accept the latter as true, we cannot disturb their verdict, approved, as it has been, by the trial judge, in refusing to grant a new trial.

Order affirmed.